JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ED HULL, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MACERICH LAKEWOOD LP, a California limited partnership; and Does 1-10,<br><br>　　　　Defendants. | Case No.: 2:21-cv-05047-RSWL-PLAx<br><br>*Hon. Ronald S. W. Lew*<br><br>[~~PROPOSED~~] **ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Action Filed: June 21, 2021<br>Trial Date:　Not on Calendar |

　　Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

　　**IT IS ORDERED THAT:**

　　Plaintiff Ed Hull's action against Defendant Macerich Lakewood LP is dismissed with prejudice. Each party will be responsible for its own fees and costs.

Dated: October 22, 2021　　　　　　　/S/ RONALD S.W. LEW
　　　　　　　　　　　　　　　　　　Hon. Ronald S. W. Lew
　　　　　　　　　　　　　　　　　　United States District Judge

1
[PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE